UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
MELISSA FRANKLIN,              )
                                   )
       Plaintiff,          )
                                   )
   v.                        )  C.A. No. 15-184 S
                                   )
PEPSICO, INC.,                )
                                   )
       Defendant.         )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On February 18, 2016, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 12) recommending that Defendant's Oral Motion to Dismiss for Failure to Prosecute be GRANTED. No objections to the R&R were filed, and the time for doing so has passed. Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1). The R&R is ADOPTED and Defendant's Motion to Dismiss for Failure to Prosecute is GRANTED.

IT IS SO ORDERED.

_/s/ W. E. Smith_____
William E. Smith
Chief Judge
Date: April 22, 2016